IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| THE OREGON CLINIC, PC, an Oregon professional corporation,<br><br>            Plaintiff,<br><br>       v.<br><br>FIREMAN'S FUND INSURANCE COMPANY, a California corporation,<br><br>            Defendant. | Case No. 3:21-cv-00778-SB<br><br>**JUDGMENT** |

   Based on the Court's OPINION AND ORDER,

   IT IS ADJUDGED that this case is DISMISSED with prejudice.

   DATED this 15th day of December, 2021.

*Stacie F. Beckerman*

HON. STACIE F. BECKERMAN
United States Magistrate Judge

PAGE 1 – JUDGMENT